# Third District Court of Appeal

## State of Florida

Opinion filed August 18, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1381
Lower Tribunal No. F91-36905A
_____

**George Manuel,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Robyn M. Blake, P.A., and Robyn Blake, for appellant.

Ashley Moody, Attorney General, for appellee.

Before EMAS, LOGUE and SCALES, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Beiro v. State</u>, 289 So. 3d 511, 511-12 (Fla. 3d DCA 2019) (observing: "The mere incantation of the words 'manifest injustice' does not make it so. Beiro has failed to allege any facts—nor can he—to justify invoking the extremely limited concept of manifest injustice to excuse a procedural bar and allow us to review the merits of his instant claim . . . . There is little doubt that every defendant believes they will suffer a 'manifest injustice' if their postconviction claim is deemed foreclosed by the passage of time. However, a defendant does not have an unlimited right to continue to litigate (and relitigate) the validity of their conviction, and such a limited right must be balanced against the State's competing and substantial interest in the finality of judgments in criminal cases.")